United States District Court
Southern District of Texas
**ENTERED**
February 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SYLVIA GALLEGOS, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:21-CV-02897 |
| ANDREW M. SAUL, | § |
| Defendant. | § |

## ORDER

Before the Court is United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on January 19, 2022 (Doc. #16). The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety. Accordingly, the Court hereby GRANTS Plaintiff's Motion for Summary Judgment (Doc. #8), DENIES Defendant's Cross Motion for Summary Judgment (Doc. #13), and REMANDS this proceeding to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

It is so ORDERED.

FEB 1 4 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge